**IT IS ORDERED as set forth below:**

Date: June 22, 2010

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-67749-JEM |
| SHERRIE LYNN REDMON,<br>    Debtor. | CHAPTER 7 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR U.S. BANK, N.A.,<br>    Movant. | |
| v. | CONTESTED MATTER |
| SHERRIE LYNN REDMON,<br>MARTHA A. MILLER, ESQ., Trustee,<br>    Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay May 10, 2010, together with a Notice of Hearing set for June 8, 2010 (Doc. No. 12), regarding Debtor's real estate located at 3550 Silver Vista Court, Cumming, GA  30041 (the "Property") and contends service was  proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion: accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/William J. Layng, Jr.
William J. Layng, Jr.
Georgia Bar Number 441550
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
blayng@penderlaw.com
Attorney for Movant
Firm File Number: 10-03525

DISTRIBUTION LIST

| | | |
|---|---|---|
| Martha A. Miller, Esq. | E. L. Clark, Esq. | Sherrie Lynn Redmon |
| Martha A. Miller, PC | Clark & Washington, P.C. | 995 Garner Springs Road |
| 229 Peachtree Street, Suite 2415 | 3300 Northeast Expwy. | Sugar Hill, GA  30518 |
| Atlanta, GA  30303 | Bldg.3, Ste. A | |
| | Atlanta, GA  30341 | |

William J. Layng, Jr.
Pendergast & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346